# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LEFTWICH, et al., | ] |
| Plaintiffs, | ] |
| v. | ]   2:11-CV-1879-KOB |
| TWS MARKETING GROUP, INC, | ] |
| Defendant. | ] |

## FINAL ORDER

This case comes before the court on Plaintiff Glen Newton's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff Newton filed this notice shortly after the court dismissed the other named Plaintiff to this suit, Elizabeth Leftwich, for lack of personal jurisdiction over TWS in Alabama (doc. 36). Because no plaintiffs remain in this case, the court DISMISSES this case WITHOUT PREJUDICE. Costs are taxed as paid.

DONE and ORDERED this 8th day of February, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE